NORTH CAMBRIA FUEL
COMPANY, Appellant

v.

COMMONWEALTH of Pennsylvania,
DEPARTMENT OF ENVIRON-
MENTAL RESOURCES.

Supreme Court of Pennsylvania.

Argued Sept. 20, 1994.

Decided Oct. 12, 1994.

Beverly A. Gazza and Bonya & Gazza, Indiana, for appellant.

Stanley R. Geary, Henry Ingram, Stephen G. Allen, and Stephen C. Braverman, Buchanan Ingersoll, P.C., Philadelphia, for Pennsylvania Coal Ass'n, amicus curiae.

Theresa Grencik and Zelda Curtiss, Asst. Counsel, Dept. of Environmental Resources, for appellee.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM:

Order affirmed.

MONTEMURO, J., is sitting by designation.